*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

JORDAN LEE HOISINGTON,

        Defendant-Appellant.

UNPUBLISHED
August 29, 2024

No. 367726
Shiawassee Circuit Court
LC No. 2022-007080-FH

Before: REDFORD, P.J., and GADOLA, C.J., and RIORDAN, J.

GADOLA, C.J. (*concurring*).

I concur in the majority's holding. I write separately to express my view that the trial court more than adequately explained its rationale for imposing a significant departure sentence in this case, which involved what in my view was utterly heinous conduct by the defendant-appellant. I furthermore concur that the reasons the trial court gave for the departure sentence did not involve improper considerations. But because the trial court, as the majority explains, failed to provide adequate reasons for the extent of the departure sentence it imposed, see *People v Steanhouse*, 500 Mich 453, 471; 902 NW2d 327 (2017) *(Steanhouse II)*, I concur in the decision to remand for resentencing.

/s/ Michael F. Gadola

-1-